**EX PARTE James Brent BROWN**

**CR-14-0378**

Court of Criminal Appeals of Alabama.

01/20/2015

Mand. pet. dismissed

**EX PARTE Fred PETTIS**

**CR-14-0380**

Court of Criminal Appeals of Alabama.

01/20/2015

Mand. pet. dismissed

**EX PARTE Eric HAMMONDS**

**CR-14-0383**

Court of Criminal Appeals of Alabama.

01/21/2015

Transferred to Jefferson Cir. Ct.

**Levi SUMMERS**

**v.**

**STATE**

**CR-14-0384**

Court of Criminal Appeals of Alabama.

01/15/2015

Dismissed

**EX PARTE Thaddeus Raynard HOLLEY, Sr.**

**CR-14-0387**

Court of Criminal Appeals of Alabama.

02/04/2015

Habeas corpus pet. dismissed

**EX PARTE STATE**

**(In re STATE**

**v.**

**David Michael NASH)**

**CR-14-0393**

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. dismissed